UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

STEVEN WESOLEK,

    Plaintiff,

v.                                            Case No. 3:25cv828-LC-HTC

SGT LEWIS, et al.,

    Defendants.

_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on August 21, 2025 (ECF No. 18), recommending that Plaintiff's "Emergency Motion for Preliminary Injunction or Temporary Restraining Order" be denied. The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).

Having considered the Report and Recommendation and conducted a *de novo* review of the timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.     The magistrate judge's Report and Recommendation (ECF No. 18) is adopted and incorporated by reference in this order.

2.     Wesolek's motion for injunctive relief (ECF No. 15) is DENIED.

3.   This case is referred to the assigned magistrate judge for further pretrial proceedings.

**DONE AND ORDERED** this 11th day of September, 2025.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**

Case No. 3:25cv828-LC-HTC